# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1087
Lower Tribunal No. 2016-CF-000433

_____

JUAN BENJAMIN VALERA-RODRIGUEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Bruce Kyle, Judge.

March 10, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and MIZE, JJ., concur.

Hani Demetrious and Robert David Malove, of The Law Office of Robert Malove, P.A., Fort Lauderdale, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Allison C. Heim, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED